**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Civil Action No. 13-cv-2492-WJM-KLM

RODRICK KEMP, as a personal representative of the Estate of Oliver B. Kemp,

    Plaintiff,

v.

AMERICA'S SERVICING COMPANY, a division of Wells Fargo Bank, N.A.,
WELLS FARGO HOME MORTGAGE, INC.,
WELLS FARGO BANK, N.A., a national banking association, and
BANK OF NEW YORK MELLON, f/k/a BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A., Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-5, Mortgage Pass-Through Certificates, S

    Defendants.
_____

**ORDER OF RECUSAL**
_____

This matter is before the Court *sua sponte*. I have a financial interest in Defendant, Wells Fargo Bank, N.A., through ownership of shares in three mutual funds managed by a wholly-owned securities affiliate of this Defendant. Pursuant to 28 U.S.C. §455(b)(4) and the Code of Conduct of Conduct for United States Judges, my recusal in this matter is required.

Accordingly, I hereby RECUSE myself from hearing this matter. The Clerk shall randomly reassign this case to another District Judge of this Court.

Dated this 16th day of September, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge