IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 13-cv-02492-RBJ | Date: December 12, 2013 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| RODRICK KEMP | *Tatiana G. Popacondria* |
| | *Shelly C. Thompson* |
| **Plaintiff(s)** | |
| v. | |
| AMERICA'S SERVICING COMPANY | *Thomas W. Carroll* |
| WELLS FARGO HOME MORTGAGE, INC | *Nadia G. Malik* |
| WELLS FARGO BANK, N.A. | |
| THE BANK OF NEW YORK MELLON | |
| **Defendant(s)** | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session: 8:30 a.m.

Appearance of counsel.

Discussion held on claims and defenses in the case.

**The Court sets the following deadlines:**

Deadline for joinder of parties and amendment of pleadings: January 31, 2014.

Discovery cut-off: May 30, 2014.

Dispositive motion deadline: June 27, 2014.

Parties agree that no experts will be called.

**TRIAL PREPARATION CONFERENCE** is set for **September 26, 2014, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**THREE DAY JURY TRIAL** is set for **October 20, 2014, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Discussion held on informal discovery.

**ORDERED:**   **Plaintiff is to produce Defendants' loan file and emails in the defendants' possession relating to the property subsequent to the death of Oliver B. Kemp.**

   **[23] Partial Motion to Dismiss Plaintiff's Claim for Exemplary Damages is GRANTED.**

   **[24] Motion for Extension of Time to Designate Nonparties at Fault is GRANTED.**

Discussion held on amending claims and defenses, and the filing of a Joint Motion for Settlement Conference.

**Proposed Scheduling Order was approved and entered with interlineations made by the Court.**

Court in Recess: 9:11 a.m.          Hearing concluded.          Total time in Court: 00:41