IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-02492-RBJ

RODRICK KEMP, as a personal representative of the estate of Oliver B. Kemp,

    Plaintiff,

v.

AMERICA'S SERVICING COMPANY, a division of Wells Fargo Bank., N.A.,
WELLS FARGO HOME MORTGAGE, INC., division of Wells Fargo Bank, N.A.,
WELLS FARGO BANK, N.A., a national banking association, and,
THE BANK OF NEW YORK MELLON, f.k.a The Bank of New York as Successor in Interest to JP Morgan Chase Bank N.A. Trustee of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-5, Mortgage Pass-Through Certificates, Series 2005-5,

    Defendants.

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

    This matter has been scheduled for a **three-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **October 20, 2014 at 9:00 a.m.**

    A Trial Preparation Conference is set for **September 26, 2014 at 9:00 a.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this12th day of December, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge