IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 13-cv-02492-RBJ | Date: May 22, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| RODRICK KEMP | *Shelly C. Thompson via telephone* |
| **Plaintiff(s)** | |
| v. | |
| AMERICA'S SERVICING COMPANY<br>WELLS FARGO HOME MORTGAGE, INC<br>WELLS FARGO BANK, N.A.<br>THE BANK OF NEW YORK MELLON | *Nadia G. Malik via telephone* |
| **Defendant(s)** | |

### COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session:  8:00 a.m.

Appearances of counsel.  Case background and pending motion discussed.

**ORDERED:  [48] Amended Motion for Leave to Amend Complaint is GRANTED.**

Discussion held on discovery dispute.

**ORDERED:  Defendants are to produce all documents related to this property within 10 days.**

Deposition topics of 30(b)(6) witness discussed and ruled upon as stated on the record.  Parties are to work to try and get the depositions scheduled within the week of July 14, 2014.

**ORDERED:  Discovery deadline extended to July 31, 2014.  Dispositive deadline extended to August 15, 2014.  Trial date retained.**

Court in Recess:  8:33 a.m.          Hearing concluded.          Total time in Court:  00:33