IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02492-RBJ

RODRICK KEMP, as a personal representative of the estate of Oliver B. Kemp,

Plaintiff,

v.

AMERICA'S SERVICING COMPANY, a division of Wells Fargo Bank, N.A.; WELLS FARGO HOME MORTGAGE, INC., a division of Wells Fargo Bank, N.A.; WELLS FARGO BANK, N.A., a national banking association; and THE BANK OF NEW YORK MELLON, fka the Bank of New York as Successor in Interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-5, Mortgage Pass-Through Certificates, Series 2005-5; and MORTGAGE CONTRACTING SERVICES, LLC,

Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal among Plaintiff Rodrick Kemp, as a personal representative of the estate of Oliver B. Kemp, and Defendants America's Servicing Company, Wells Fargo Home Mortgage, Wells Fargo Bank, N.A., and The Bank of New York Mellon, f.k.a. the Bank of New York as Successor in Interest to JP Morgan Chase Bank N.A. Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-5, Mortgage Pass-Through Certificates, Series 2005-5 (the "Bank Defendants"), it is hereby ORDERED that the motion is GRANTED, and all claims against the Bank Defendants ARE HEREBY DISMISSED WITH PREJUDICE, with each side to bear its own fees and costs.

Dated this 31st day of October, 2014.

BY THE COURT:

R. Brooke Jackson
United States District Court Judge