IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-02492-RBJ

RODRICK KEMP, as a personal representative of the estate of Oliver B. Kemp,

    Plaintiff,

v.

AMERICA'S SERVICING COMPANY, a division of Wells Fargo Bank., N.A.,
WELLS FARGO HOME MORTGAGE, INC., division of Wells Fargo Bank, N.A.,
WELLS FARGO BANK, N.A., a national banking association, and,
THE BANK OF NEW YORK MELLON, fka The Bank of New York as Successor in Interest to JP Morgan Chase Bank N.A. Trustee of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-5, Mortgage Pass-Through Certificates, Series 2005-5,

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF CLAIMS

---

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal of Claims [ECF No. 89] filed by Plaintiff, Rodrick Kemp, as a personal representative of the estate of Oliver B. Kemp, ("Plaintiff") and Mortgage Contracting Services, LLC is hereby GRANTED, and all of Plaintiff's claims against Mortgage Contracting Services, LLC ARE HEREBY DISMISSED WITH PREJUDICE.

DATED this 18th day of December, 2014.

BY THE COURT:

*/s/ Brooke Jackson*

_____
R. Brooke Jackson
United States District Judge

1